AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Miguel RAMOS-Torres<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>)    **EP:24-M-04516-MAT**<br>) |

**FILED**
October 31, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Fidel Morales____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____October 29, 2024____ in the county of ____El Paso____ in the
____Western____ District of ____Texas____, the defendant(s) violated:

| Code Section | |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:
Charge #1: Jose Miguel RAMOS-Torres

☑ Continued on the attached sheet.

**Complaint sworn to telephonically on** ____October 31, 2024____ **at** ____02:00 PM____ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

David R. Valles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____10/31/2024____

_____
*Judge's signature*

City and state: ____El Paso, Texas____

Miguel A. Torres U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Jose Miguel RAMOS-Torres

PEPT# PEPT251000866

10/31/2024

FACTS    (CONTINUED)

On October 29, 2024, a United States Border Patrol Agent in an unmarked vehicle assigned to the Santa Teresa Border Patrol Station was conducting surveillance on Highway 9 near Santa Teresa, New Mexico, received information of a black in color GMC Yukon possibly being utilized for alien smuggling traveling westbound. A short time after, the Agent then observed the Yukon heavily laden, traveling eastbound on New Mexico Highway 9. The location of the highway is near the US/Mexico International Boundary and is exploited by Alien Smuggling Organizations.  The Agent began to follow the Yukon and advised other Agents of the vehicle description and direction of travel.  Agents followed the Yukon into El Paso, Texas and after a series of turns, the Yukon pulled over to the side of the road near the intersection of Ascencion Street and Radlite Drive in El Paso, Texas in the Western District of Texas. Agents activated their emergency lights and approached the Yukon. Agents identified themselves as U.S. Border Patrol Agents to all visible occupants in the Yukon. Agents then questioned all seventeen (17) passengers of the Yukon, including the driver, later identified as Jose Miguel, RAMOS-Torres, herein referred to as, DEFENDANT, as to their citizenship and nationality. Agents were able to determine that the DEFENDANT and all seventeen (17) passengers were illegally in the United States.

The DEFENDANT and all seventeen (17) illegal aliens were detained transported to the Santa Teresa Border Patrol Station for further processing.

In a post-Miranda statement, the DEFENDANT admitted that he knew that all seventeen (17) individuals he picked up were illegal aliens. The DEFENDANT stated that he was going to get his debt of $12,000 dollars waived if he picked up a group of illegal aliens.  The DEFENDANT claimed that he was going to take the seventeen (17) illegal aliens to a known location. Lastly, the DEFENDANT admitted to knowing it was against the law to transport illegal aliens.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation

Immigration History:
NONE

Criminal History:
NONE